# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLOTTE PHILLIPS and BOB MYRICK individually and on behalf of all others similarly situated | ) ) ) ) | |
| Plaintiffs, | ) | Case No. 10-cv-357-JPG-SCW |
| v. | ) ) | |
| WELLPOINT INC., UNICARE NATIONAL SERVICES, INC., UNICARE ILLINOIS SERVICES, INC., UNICARE HEALTH INSURANCE COMPANY OF THE MIDWEST, RIGHTCHOICE MANAGED CARE, INC. AND RIGHTCHOICE INSURANCE COMPANY | ) ) ) 0 ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's motion for an extension of time to June 29, 2012, to respond to Defendant's motion for summary judgment (Doc. 170) is hereby **GRANTED**. Plaintiff's response to Defendant's motion for summary judgment is due June 29, 2012.

**Dated: June 7, 2012**

                                                                                              s/J. Phil Gilbert
                                                                                              **J. Phil Gilbert**
                                                                                              **District Judge**