IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE PHILLIPS *and* BOB MYRICK, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLPOINT INC., UNICARE NATIONAL SERVICES, INC., UNICARE ILLINOIS SERVICES, INC., UNICARE HEALTH INSURANCE COMPANY OF THE MIDWEST, RIGHTCHOICE MANAGED CARE, INC., *and* RIGHTCHOICE INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:10-cv-00357-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants WellPoint, Inc., Unicare National Services, Inc., Unicare Illinois Services, Inc., Unicare Health Insurance Company of the Midwest, RightCHOICE Managed Care, Inc., and RightCHOICE Insurance Company and against plaintiffs Charlotte Phillips and Bob Myrick.

NANCY J. ROSENSTENGEL

By:s/Deborah Agans, Deputy Clerk

**IT IS SO ORDERED.**

**DATED:**  December 10, 2012

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**

**DISTRICT JUDGE**